In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00106-CV

                                                ______________________________

 

 

              KEITH DICKEY AND WIFE, SUZANN DICKEY,
Appellants

 

                                                                V.

 

            CHARLES E. WARE AND COLE TITLE COMPANY, Appellees

 

 

                                                                                                  


 

 

                                       On Appeal from the 336th
Judicial District Court

                                                             Fannin County, Texas

                                                            Trial
Court No. 37473

 

                                                                                                   

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

            

            Keith
Dickey and Suzann Dickey, the appellants in this case, have filed a motion
seeking to dismiss their appeal. 
Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, their
motion is granted.  Tex. R. App. P. 42.1.

            We
dismiss the appeal.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          March
14, 2011

Date Decided:             March
15, 2011